UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MILTON SC MAYS,            )
                           )
    Plaintiff,             )
                           )
v.                         )        **JUDGMENT**
                           )
RAYNOR AND ASSOCIATES      )        No. 5:15-CV-177-FL
and RICHARD RAYNOR,        )
                           )
    Defendants.            )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on November 5, 2015, that the court ADOPTS the findings and recommendations of the United States Magistrate Judge in full and for reasons stated more specifically therein, plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B).

**This Judgment Filed and Entered on November 5, 2015, and Copies To:**

Milton SC Mays (via U.S. Mail) 1017 A Tuscaloosa St., Greensboro, NC 27406

November 5, 2015        JULIE RICHARDS JOHNSTON, CLERK
                            /s/ Christa N. Baker
                            (By) Christa N. Baker, Deputy Clerk